IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:17-CV-59-FL

ANDRE JORDAN )
    Plaintiff, )
)
v. )
) ORDER FOR COSTS
NANCY A. BERRYHILL, )
Acting Commissioner of )
Social Security )
    Defendant )
)

This matter is before the Court on plaintiff's Bill of Costs as the prevailing party in an action to review the final decision of the Social Security Administration.

As the prevailing party and pursuant to 28 U.S.C. § 1920, plaintiff is awarded $400.00 for filing fees as fees of the Clerk and $20.70 for fees for service of summons. Total costs in the amount of $420.70 are taxed against defendant and included in the judgment.

SO ORDERED, this 13 day of February, 2018.

_____
Peter A. Moore, Jr.
Clerk of Court

1