IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civ. No. 7:17-CV-00059-FL

ANDRE JORDAN,                 )

                      )

       Plaintiff,         )

                      )

       v.             )      ORDER FOR PAYMENT OF

                      )      ATTORNEYS FEES UNDER THE

NANCY A. BERRYHILL,     )      EQUAL ACCESS TO JUSTICE ACT

Acting Commissioner of Social Security,  )

                      )

       Defendant.     )

Upon application of Plaintiff, and with no objection by Defendant, it is ORDERED that

Defendant pay to Plaintiff the sum of $6,211.62 in attorney fees, in full satisfaction of any and all

claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

SO ORDERED this 12th day of March 2018.

_____
LOUISE W. FLANAGAN
United States District Judge