UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ANDRE JORDAN,<br>   Plaintiff,<br><br>v.<br><br><br>NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br>   Defendant. | **JUDGMENT**<br><br>No. 7:17-CV-59-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation for payment of attorney fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 12, 2018, that plaintiff is entitled to attorney's fees under the Equal Access to Justice Act in the amount of $6,211.62 in full satisfaction of any and all claims arising under the Equal Access to Justice Act.

**This Judgment Filed and Entered on March 12, 2018, and Copies To:**

Jonathan P. Miller (via CM/ECF Notice of Electronic Filing)
Leah F. Golshani (via CM/ECF Notice of Electronic Filing)

March 12, 2018       PETER A. MOORE, JR., CLERK
                 /s/ Sandra K. Collins
                (By) Sandra K. Collins, Deputy Clerk