IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-59-FL

| | |
|---|---|
| ANDRE JORDAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW SAUL, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____) | ORDER GRANTING ATTORNEY'S<br>FEES PURSUANT TO<br>42 U.S.C § 406(b) |

On December 22, 2017, a Judgment and an Order were entered remanding this case to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g). On July 23, 2019, Administrative Law Judge Susan Preston issued a Fully Favorable Decision granting Plaintiff his Social Security Disability benefits.

Pending before this Court is attorney Jonathan P. Miller's (Plaintiff's Counsel) Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b). Plaintiff's Counsel requests an award of attorney fees in the amount of $23,007.25. Plaintiff's Counsel has also acknowledged that the $6,211.62 awarded under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 should be returned to Plaintiff.

Plaintiff's Counsel's Motion is hereby GRANTED. Defendant is Ordered to pay $23,007.25 to Plaintiff's Counsel, Jonathan P. Miller, pursuant to 42 U.S.C. § 406(b) for work performed in Federal District Court. Plaintiff's Counsel is Ordered to return the $6,211.62 in EAJA fees to Plaintiff.

1

SO ORDERED this 27th day of September, 2019.

                                                   LOUISE W. FLANAGAN
                                                   United States District Judge